**Order entered January 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00846-CV

## ROBERT MCCORMICK, Appellant

## V.

## EGAN NELSON, LLP, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-04179

## ORDER

Before the Court is appellant's January 19, 2021 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **February 24, 2021**. We caution appellant that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE